UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER EDISON,

    Petitioner,

v.                                        Case No: 2:18-cv-661-FtM-38MRM

SECRETARY, DOC and FLORIDA
ATTORNEY GENERAL,

    Respondents.
_____/

## OPINION AND ORDER[1]

Before the Court are Petitioner's duplicative Motions to Strike Amended Petition for Writ of Habeas Corpus (Doc. 20 and Doc. 21) filed February 28, 2019. On that same day, the Court granted Petitioner's earlier filed Motion to Strike and Dismiss Amended Petition,[2] which the Court construed as a Motion pursuant to Fed. R. Civ. P. 41(a)(2). *See* Doc. 18 entered on February 28, 2019. Consequently, at the time Petitioner mailed his duplicate Motions Petitioner had not received the Court's February 28, 2019 Order granting him the relief he requests.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] Petitioner filed this earlier Motion to Strike and Dismiss Amended Petition on February 19, 2019.

**ORDERED:**

Petitioner's duplicative Motions to Strike Amended Petition for Writ of Habeas Corpus (Doc. 20 and Doc. 21) are **DENIED as moot** because the Court has already granted Petitioner the relief he seeks.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of March 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record